AO 450 (Rev. 5/85)  Judgment in a Civil Case

# United States District Court

DISTRICT OF ____KANSAS____

TITAN SPORTS, INC.,

              Plaintiff,      **JUDGMENT IN A CIVIL CASE**

    V.

MARIAN BIDWELL and DIANE ERBE, Clerk
of the District Court of Riley County,

                              CASE NUMBER:  90-4187-S

           Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came considered before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  that defendant's motion for summary judgment is granted.

    IT IS FURTHER ORDERED that the plaintiff take nothing, that the action be dismissed on the merits and that the defendants Marian Bidwell and Diane Erbe recover of the plaintiff Titan Sports, Inc. their costs of action.

FILED

JUL 29 1991

RALPH L. DeLOACH, Clerk
By _____ Deputy

(ENTERED ON THE DOCKET 07/29/91)

July 29, 1991                            RALPH L. DeLOACH

Date                                         Clerk

_Cheryl Masters_
(By) Deputy Clerk

40