Michael J. Kelley, #12802
KELLEY & LUTTJOHANN
3706 SW Topeka, #300
Topeka, KS   66609
(913) 267-2544

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TITAN SPORTS, INC.,
        Plaintiff,

v.                              Case No. 90-4187-S

MARIAN BIDWELL, DIANE ERBE,
CLERK OF THE DISTRICT COURT
OF RILEY COUNTY, KANSAS,
        Defendants.

### AGREED ORDER DISMISSING DEFENDANT DIANE ERBE

This matter comes before the Court on motion of the Plaintiff, Titan Sports, Inc., for the dismissal of Defendant Diane Erbe.

For good cause shown, and upon agreement by Defendant's counsel, Plaintiff is hereby granted the dismissal of Defendant Diane Erbe from this above captioned matter.

Copies of this Order shall be mailed to all counsel of record.

IT IS SO ORDERED.

Dated at Topeka, Kansas, this _19_ day of _August_, 1991.

_____
Alan V. Johnson

_____
Carl A. Gallagher

_____
Michael J. Kelley

_____
US District Judge